1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                    EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIE WEAVER,                          )          1:06-CV-00598 AWI SMS P
                                             )
12        Plaintiff,                         )          ORDER GRANTING EXTENSION OF
                                             )          TIME
13        v.                                 )          (DOCUMENT #5)
                                             )
14   WAGNER, et al.,                         )
                                             )
15        Defendants.                        )
     _____)
16

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On

18   June 26, 2006, plaintiff filed a motion to extend time to submit an application to proceed in forma

19   pauperis.    Good cause having been presented to the court and GOOD CAUSE APPEARING

     THEREFOR, IT IS HEREBY ORDERED that:
20

21          Plaintiff is granted **thirty (30) days** from the date of service of this order in which to either pay

22   the $350.00 filing fee in full or file an application to proceed in forma pauperis.

23

24   IT IS SO ORDERED.

     **Dated:    July 6, 2006**                      _____/s/ Sandra M. Snyder_____
25   i0d3h8                                           UNITED STATES MAGISTRATE JUDGE

26

27

28