# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00598-AWI-SMS-P |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE IN FULL OR FILE COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| WAGNER, | |
| Defendant. | (Docs. 4 and 7) |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 17, 2006, and neither paid the $350.00 filing fee in full nor filed an application to proceed in forma pauperis. On June 13, 2006, plaintiff was ordered to file an application to proceed in forma pauperis or pay the filing fee in full within thirty days. After obtaining an extension of time, plaintiff filed an application to proceed in forma pauperis on July 31, 2006. The application was not completed as it was not signed by a prison official and was not accompanied by a certified copy of plaintiff's trust account statement.

This action has been pending since May 17, 2006, and plaintiff has neither paid the filing fee in full nor filed a completed application to proceed in forma pauperis. As of September 25, 2006, plaintiff has filed one-hundred twenty-four actions in the Eastern District of California to date, forty-four of which have been filed in September alone.[1] Plaintiff has a history of filing actions without

---

[1] The Court takes judicial notice of its docket.

1

1  submitting the filing fee or filing completed applications to proceed in forma pauperis despite being
2  given the opportunity to do so.  <u>See</u> <u>e.g.</u>, case numbers 06-CV-00278 OWW LJO P and 06-CV-
3  00442 AWI SMS P.  Initiation of an action in this Court is not complete until and unless the filing
4  fee is paid or a completed application to proceed in forma pauperis has been filed and granted by the
5  Court.  Plaintiff has been given the opportunity to cure his failure to submit the filing fee or an
6  application to proceed in forma pauperis with his complaint, but has not done so given that the
7  application he filed in response to the Court's order is incomplete.

8       Accordingly, this action is HEREBY DISMISSED, without prejudice, based on plaintiff's
9  failure to pay the filing fee in full or file a completed application to proceed in forma pauperis in this
10 action.

12 IT IS SO ORDERED.

13 **Dated:   September 28, 2006**               **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE